AO 245E  (Rev. 9/00) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Organizational Defendants) |
| Curtis Technology, Inc. | CASE NUMBER: 20-cr-00715-JAH |
| | Jeremy D Warren |
| | Defendant Organization's Attorney |

THE DEFENDANT ORGANIZATION:

[X] pleaded guilty to count(s)  1 of the Information

[ ] was found guilty on count(s)
after a plea of not guilty.
Accordingly, the defendant organization is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 42:6928(d)(5); 18:2 | Transportation of Hazardous Waste Without a Manifest; Aiding and Abetting | 1 |

The defendant organization is sentenced as provided in pages 2 through  2  of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant organization has been found not guilty on count(s)

[ ] Count(s)        [ ] is [ ] are dismissed on the motion of the United States.

[X] Assessment : $ 400.00 imposed

[X] Fine ordered : $45,000.00 unto the United States of America

    IT IS ORDERED that the defendant organization shall notify the United States Attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant organization shall notify the court and United States Attorney of any material change in the organization's economic circumstances.

May 13, 2020
Date of Imposition of Sentence

HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

AO 245S (CASD Rev. 08/13) Judgment in a Criminal Case

DEFENDANT: **Curtis Technology, Inc.**     Judgment - Page 2 of 2
CASE NUMBER: **20-cr-00715-JAH**

## RESTITUTION

The defendant shall pay restitution in the amount of **$114,297.00** unto the United States of America.

Until restitution has been paid, the defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in the defendant's mailing or residence address, no later than thirty (30) days after the change occurs.

| Victim | Amount |
| --- | --- |
| San Diego County Dept. of Environmental Health Services<br>P.O. Box 129261<br>San Diego, CA 92123-9261 | $22,598.00 |
| U.S. Environmental Protection Agency<br>Superfund Payments<br>Cincinnati Finance Center<br>P.O. Box 979076<br>St. Louis, Missouri 63197-9000 | $75,000.00 |
| City of San Diego Fire and Rescue<br>File No. 19174125<br>600 B Street, Suite 1300<br>San Diego, California 92101 | $16,699.00 |